IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH PATRICK NICHOLS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE, INC., ) <br> ) <br> Defendant. ) | CASE NO. 2:21-CV-487-WKW <br> [WO] |

## ORDER

Before the court is Defendant's unopposed motion to transfer venue to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a). (Doc. # 14.) Based upon considerations of convenience and fairness and in the interest of justice, as expounded upon in Defendant's unopposed motion, it is ORDERED that the motion is GRANTED and that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama.

The Clerk of the Court is DIRECTED to effectuate the transfer.

It is further ORDERED that the joint motion to stay (Doc. # 15) is DENIED as moot.

DONE this 18th day of October, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE